■ In the Matter of PAUL I. MILES, an Attorney, Resignor. [786 NYS2d 749]—Resignation accepted and name stricken from roll of attorneys. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Lawton, JJ.

■ In the Matter of KEVIN C. BRYANT, a Suspended Attorney, Respondent. [786 NYS2d 749]—A certified copy of a certificate of conviction having been filed showing that Kevin C. Bryant was convicted of murder in the first degree, he is disbarred and his name is stricken from the roll of attorneys. Present— Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Lawton, JJ.

■ In the Matter of EDWARD J. O'CONNOR, an Attorney, Resignor. [786 NYS2d 748]—Resignation accepted, name stricken from roll of attorneys and order of restitution entered. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW ROACH, Appellant. [786 NYS2d 758]—Motion for reargument granted and, upon reargument, the memorandum and order entered November 21, 2003 [1 AD3d 963] is amended by deleting the second sentence of the first paragraph of the memorandum and substituting the following sentence: "Defendant assaulted the complainant in July 2001 and went to his home two months later in violation of an order of protection, attempting to compel him to give false testimony in defendant's favor." Present—Green, J.P., Hurlbutt, Kehoe and Hayes, JJ.

■ JAMES S. DENIO, as Adult Guardian of the Person and Property of SARAH J. DENIO, Pursuant to Article 81 of the Mental Hygiene Law, Appellant-Respondent, v STATE OF NEW YORK, Respondent-Appellant. (Claim No. 88215.) [786 NYS2d 758]—Motion for reargument granted and, upon reargument, the memorandum and order entered October 1, 2004 [11 AD3d 914] is amended by providing in the ordering paragraph and in the second sentence of the third paragraph of the memorandum that the award of damages for therapeutic modalities is increased to $1,254,755, including $226,044 for physical therapy, $751,608 for independent living counseling, $252,288 for community integration counseling, $14,040 for occupational therapy, $6,570 for optical, and $4,205 for dietician costs. Present— Green, J.P., Kehoe, Martoche and Hayes, JJ.